**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/14/2024

IN RE:

| | |
|---|---|
| BRADLEY J. IKE<br>LAUREN E. IKE<br>1421 LUCIA DRIVE<br>CANONSBURG,  PA  15317<br>XXX-XX-2073          Debtor(s)<br><br>XXX-XX-7926 | Case No.19-21034 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/14/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: R US/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0344 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 2  INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 15,537.77<br>COMMENT: $/CL-PL@6%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1569 |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 4/19*FR FCB*DOC 102 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4289 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number: 4  INT %: 6.00%<br>Court Claim Number: 9<br>CLAIM: 17,877.37<br>COMMENT: $/CL-PL@6%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2037 |
| **US DEPARTMENT OF HUD****<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK 73107 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: NO PMTS DUE/PL-CL*$0/PL*CL=36095.54 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5359 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK LEASE TRUST**<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,235.18<br>COMMENT: LEASE END BLNC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1198 |
| **AMERICAN CREDIT ACCEPTANCE**<br>ATTN PAYMENT PROCESSING<br>961 E MAIN ST<br>SPARTANBURG, SC 29302 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 7,389.36<br>COMMENT: X1001/SCH*VEHICLE DFNCY CL*21%/FACE | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2073 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 7,257.25<br>COMMENT: VEHICLE LEASE DFNCY-END BAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4610 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,744.46<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CLEARVIEW FCU**<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 5,026.96<br>COMMENT: X4835/SCH*W/24*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 810.99<br>COMMENT: MY PLACE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4354 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 609.09<br>COMMENT: MHC*FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6770 |
| **FENTERS WARD**<br>6101 PENN AVE 201<br>PITTSBURGH, PA 15206 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,655.06<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7461 |
| **MERCURY**<br>PO BOX 84064<br>COLUMBUS, GA 31908 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6281 |
| **PHOENIX FINANCIAL SERVICE++**<br>PO BOX 361450<br>INDIANAPOLIS, IN 46236-1450 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CANONSBURG HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7230 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,913.49<br>COMMENT: SYNC BANK*TOYS R US | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0344 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 758.82<br>COMMENT: NUM NT/SCH*SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3366 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,087.80<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7224 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5920 | CLAIM: 596.70<br>COMMENT: CAP ONE |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CONSTAR FINANCIAL++**<br>3561 W BELL RD<br>PHOENIX, AZ 85053-2965 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3603 | CLAIM: 0.00<br>COMMENT: NO SEC/SCH-PL*W/11*AMD CL =$0 |
| **CREDITECH**<br>POB 99*<br>BANGOR, PA 18013 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 4/1/19*SH RADIOLOGY |
| **GUARDIAN STORAGE SOLUTIONS**<br>1002 E WATERFRONT DR<br>HOMESTEAD, PA 15120 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2125 | CLAIM: 0.00<br>COMMENT: ADDED/AMD F 4/1/19*NT ADR/SCH |
| **ALTRAN EDUCATIONAL**<br>2000 YORK ST #114<br>OAK BROOK, IL 60523 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: $52,000.00 ADDED/AMD F 4/1/19*REMOVED/AMD F*6-7-23 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: FBC MORT/PRAE |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4289 | CLAIM: 12,445.72<br>COMMENT: 12524.89/PL*THRU 3/19*FR FCB MTG*DOC 102 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** <br> BOX 15129 <br><br> PALATINE, IL 60055-5129 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:09 <br><br> CLAIM: 0.00 <br> COMMENT: ARRS*PD@4 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 2037 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:12 <br><br> CLAIM: 1,304.86 <br> COMMENT: SYNCHRONY*SAMS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8324 |
| **WILLIAM E CRAIG ESQ** <br> MORTON AND CRAIG <br> 110 MARTER AVE STE 301 <br><br> MOORESTOWN, NJ 08057 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: CREDIT ACCPTNC/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **KEYSTONE ANESTHESIA** <br> BOX AK <br> 155 WILSON AVE <br><br> WASHINGTON, PA 15301 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/AMD F*6-9-20 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4647 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/AMD F*SYNC BANK~6-9-20 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8324 |
| **ADDED CREDITOR FOR CALCULATION** <br> OR NOT ENOUGH INFO/SCHED FOR <br> ENTITY NAME OR NOT ENOUGH INFO <br> PER CLM FOR ADDRESS OR PLACEHOLDER <br> RECORD | Trustee Claim Number:36  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |