IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21034 CMB |
| | ) | Chapter 13 |
| Bradley J. Ike | ) | Related Docket No. 114 |
| Lauren E. Ike, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Bradley J. Ike | ) | |
| Lauren E. Ike, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, Bradley J. Ike and Lauren E. Ike, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On June 5, 2024, this Honorable Court entered an order at Docket No.114, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2018 GMC Acadia from the Car Shop in Robinson.

3. The Debtor obtained financing through American Credit Acceptance LLC at PO Box 4419, Wilmington, OH 45177-4419.

4. The amount of the loan was for $22,102.98 with an interest rate of 21%.

5. The monthly loan payment $546.75 for 72 months.

6. The monthly loan payments begin July 22, 2024.

7. The Debtors received $600.00 in value for the trade in of their 2014 Chrysler Town & Country.

8. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Bradley J. Ike and Lauren E. Ike, respectfully file this Report of Financing.

Respectfully submitted,

June 18, 2024
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402