PAWB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bradley J. Ike ) | Case No. 19-21034 CMB |
| Lauren E. Ike, ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | |
| ) | |
| ) | |
| Bradley J. Ike ) | |
| Lauren E. Ike, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, ) | |
| Chapter 13 Trustee ) | |
|     Respondent(s) ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

American Credit Acceptance
PO Box 4419
Wilmington, OH 45177-4419

American Credit Acceptance
4054 Willow Lake Blvd.
Suite 2096
Memphis, TN 38153

Date: June 19, 2024                           /s/ Christopher M. Frye
                                                                                  Christopher M. Frye Esquire

Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No.208402