IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bradley J. Ike | ) | Case No. 19-21034 CMB |
| Lauren E. Ike, | ) | Chapter 13 |
|     Debtor(s) | ) | Related Docket No.  118 |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | July 25, 2024 at 9:00 A.M. |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JUNE 19, 2024**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) June 19, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Respectfully submitted,

June 19, 2024                     /s/ Christopher M. Frye
DATE                            Christopher M. Frye, Esquire
                                  Attorney for the Debtor(s)
                                  STEIDL & STEINBERG
                                  Suite 2830 – Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 391-8000
                                  chris.frye@steidl-steinberg.com
                                  PA I.D. No. 208402

Label Matrix for local noticing
0315-2
Case 19-21034-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jun 19 12:16:04 EDT 2024

ACAR Leasing LTD d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Ally Bank Lease Trust
PO Box 130424
Roseville MN 55113-0004

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438-0901

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096-3853

AmeriCredit/GM Financial
Po Box 1181145
Arlington, TX 76096

American Credit Accept
961 E Main St
Spartanburg, SC 29302-2149

American Credit Acceptance
4054 Willow Lake Blvd.
Suite 2096
Memphis, TN 38118-7045

American Credit Acceptance
961 East Main Street
Spartanburg, SC 29302-2149

American Credit Acceptance
PO Box 4419
Wilmington, OH 45177-4419

CBCS
PO Box 2724
Columbus, OH 43216-2724

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Denise Carlon
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Clearview Federal Credit Union
8805 University Boulevard
Moon Township, PA 15108-2580

Marisa Myers Cohen
McCabe, Weisberg & Conway, LLC
1420 Walnut Street
Ste 1501
Philadelphia, PA 19102-4015

Comenity/MPRC
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

ComenityCapital Bank/Children's Place C
Po Box 182120
Columbus, OH 43218-2120

(p)CONSTAR FINANCIAL SERVICES  LLC
10400 N 25TH AVENUE SUITE 100
PHOENIX AZ 85021-1610

William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North
Ste 200
Cherry Hill, NJ 08034-1925

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-8331

Credit Acceptance
Po Box 5070
Southfield, MI 48086-5070

Credit Acceptance Corporation
25505 W. 12 Mile Road
Suite 3000
Southfield, MI 48034-8331

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

Creditech
50 N. 7th Street
Bangor, PA 18013-1791

FBC Mortgage LLC
189 South Orange Avenue
Suite 970
Orlando, FL 32801-3264

FBC Mortgage, LLC
C/O McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109-1060

Fenters Ward
6101 Penn Avenue
Pittsburgh, PA 15206-3926


Freedom Mortgage Corporation
Bankruptcy Department
10500 Kincaid Drive
Suite 300
Fishers, IN 46037-9764

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Alexandra Teresa Garcia
McCabe Weisberg & Conway, P.C.
123 South Broad Street
Philadelphia, PA 19109-1029


Guardian Storage
5879 Centre Avenue
Pittsburgh, PA 15206-3709

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054-1218


Harley Davidson Financial
3850 Arrowhead Drive
Carson City, NV 89706-2016

Harley Davidson Financial
Attn: Bankruptcy
Po Box 22048
Carson City, NV 89721-2048

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001-9013


Bradley J. Ike
1421 Lucia Drive
Canonsburg, PA 15317-1870

Lauren E. Ike
1421 Lucia Drive
Canonsburg, PA 15317-1870

Keystone Anesthesia
c/o Eastern Revenue, Inc.
PO Box 777
Grand Rapids, MI 49528-0103


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201-3120

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


McCable Weisberg & Conway
123 South Broad Street
Suite 1400
Philadelphia, PA 19109-1060

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Mercury/FBT
Po Box 84064
Columbus, GA 31908-4064


Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

(p)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery
Po Box 41021
Norfolk, VA 23541-1021

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

St. Clair Hospital
1000 Bower Hill Road
Pittsburgh, PA 15243-1899

St. Clair Hospital
P. O. Box 640594
Pittsburgh, PA 15264-0594


Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Francis Thomas Tarlecki
McCabe Weisberg & Conway PC
123 S. Broad Street
Suite 1400
Philadelphia, PA 19109-1060

S. James Wallace
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One
15000 Capital One Dr
Richmond, VA 23238

Cenlar FSB
Attention: Cashiering Department
425 Phillips Blvd
Ewing, NJ 08618

Constar Financial Services, LLC
10400 N. 25th Avenue
Suite 100
Phoenix, AZ 85021


HUD
451 Seventh Street SW
Washington, DC 20410

Phoenix Financial Services. Llc
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

(d)Phoenix Financial Services. Llc
Attn: Bankruptcy
Po Box 361450
Indianapolis, IN 46236


Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

(d)U.S. Department of Housing and Urban Devel
451 7th Street S.W.
Washington, DC 20410


          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)FBC Mortgage, LLC

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    66
Bypassed recipients     2
Total                  68