IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bradley J. Ike ) | Case No. 19-21034 CMB |
| Lauren E. Ike, ) | Chapter 13 |
|    Debtor(s) ) | Document No. |
| ) | |
| ) | |
| Bradley J. Ike, ) | |
| XXX-XX-2073 ) | |
|    Movant(s) ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| McAdoo's Inc., ) | |
| Ronda J. Winnecour, Trustee ) | |
|    Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 21, 2024 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Bradley J. Ike
1421 Lucia Drive
Canonsburg, PA 15317

McAdoo's Inc.
Attn: Payroll Dept.
467 Old National Pike
West Alexandra, PA 15376

Date of Service: June 21, 2024                         Christopher M. Frye, Esquire
                                                                                Attorney for the Debtor
                                                                                STEIDL & STEINBERG
                                                                                Suite 2830, Gulf Tower
                                                                                707 Grant Street
                                                                                Pittsburgh, PA 15219
                                                                                (412) 391-8000
                                                                                Chris.frye@steidl-steinberg.com
                                                                                PA I.D. No. 208402