IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-21034 CMB |
| | ) | Chapter 13 |
| Bradley J. Ike | ) | Related Docket No.114 &116 |
| Lauren E. Ike, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Bradley J. Ike | ) | |
| Lauren E. Ike, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## AMENDED REPORT OF FINANCING

AND NOW, come the Debtors, Bradley J. Ike and Lauren E. Ike, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On June 5, 2024, this Honorable Court entered an order at Docket No.114, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2018 GMC Acadia from the Car Shop in Robinson.

3. The Debtor obtained financing through American Credit Acceptance LLC at PO Box 4419, Wilmington, OH 45177-4419.

4. The amount of the loan was for $22,214.98 with an interest rate of 21%.

     5.     The monthly loan payment $549.57 for 72 months.

     6.     The monthly loan payments begin August 9, 2024.

     7.     The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Bradley J. Ike and Lauren E. Ike, respectfully file this amended Report of Financing.

                                                  Respectfully submitted,

June 26, 2024                     /s/ Christopher M. Frye
DATE                                   Christopher M. Frye, Esquire
                                          Attorney for the Debtor(s)

                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          chris.frye@steidl-steinberg.com
                                          PA I.D. No. 208402