IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bradley J. Ike | ) | Case No. 19-21034 CMB |
| Lauren E. Ike, | ) | Chapter 13 |
|     Debtor(s) | ) | Document No. |
| | ) | |
| | ) | |
| Bradley J. Ike, | ) | Motion for WO-1 |
| Social Security No. XXX-XX-2073 | ) | |
| Movant(s) | ) | |
| | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| McAdoo's Inc., | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this _____ day of _____, 2024, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Bradley J. Ike is terminated immediately.

Employer:

**McAdoo's Inc.**
**Attn: Payroll Dept.**
**467 Old National Pike**
**West Alexandra, PA 15376**

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge