IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bradley J. Ike | ) | Case No. 19-21034 CMB |
| Lauren E. Ike, | ) | Chapter 13 |
| Debtor(s) | ) | Document No. 126 |
| | ) | |
| Bradley J. Ike, | ) | Motion for WO-1 |
| Social Security No. XXX-XX-2073 | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| McAdoo's Inc., | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this __28th__ day of __June__, 2024, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Bradley J. Ike is terminated immediately.

Employer:

McAdoo's Inc.
Attn: Payroll Dept.
467 Old National Pike
West Alexandra, PA 15376

FILED
6/28/24 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21034-CMB |
| Bradley J. Ike | Chapter 13 |
| Lauren E. Ike | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor FBC Mortgage LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor FBC Mortgage  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Mario J. Hanyon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
   mario.hanyon@brockandscott.com

Marisa Myers Cohen
   on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
   on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11