IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21034 CMB |
| | ) | Chapter 13 |
| Bradley J. Ike | ) | Related Docket No. 89 & 114 , 125 |
| Lauren E. Ike, | ) | |
|     Debtor(s) | ) | |
| | ) | |
| | ) | |
| Bradley J. Ike | ) | |
| Lauren E. Ike, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|     Respondent(s) | ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED APRIL 13, 2021

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on March 15, 2019.
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on June 5, 2024 at Doc. 114
3. Debtors were approved for financing through American Credit Acceptance. The monthly payment is $549.57 and the first payment is due by August 9, 2024. The Debtors will provide the Trustee with the account number.
4. Debtors will file an amended plan to include the new obligation, but the confirmation hearing scheduled for July 25, 2024.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' wage attachment will be amended to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The April 13, 2021, order confirming Debtors' plan dated February 17, 2021, is hereby amended to include, under Part "1.H." the following: The

Trustee is authorized to pay adequate protection payments to American Credit Acceptance in the monthly sum of $549.57 beginning with the first payment due August 9, 2024, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Christopher M. Frye
Christopher M. Frye,
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee


So Ordered:

*Carlota M. Böhm* **dmr**       Dated: June 28, 2024
Carlota M. Bohm
United States Bankruptcy Judge

        FILED
        6/28/24 1:52 pm
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-21034-CMB
Bradley J. Ike  Chapter 13
Lauren E. Ike
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Jun 28, 2024  Form ID: pdf900  Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870 |
| 15811638 | + | American Credit Acceptance, 4054 Willow Lake Blvd., Suite 2096, Memphis, TN 38118-7045 |
| 15025495 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 15012507 | + | FBC Mortgage LLC, 189 South Orange Avenue, Suite 970, Orlando, FL 32801-3264 |
| 15025086 | + | FBC Mortgage, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15012508 | + | Fenters Ward, 6101 Penn Avenue, Pittsburgh, PA 15206-3926 |
| 15025496 | + | Guardian Storage, 5879 Centre Avenue, Pittsburgh, PA 15206-3709 |
| 15251688 | | Keystone Anesthesia, c/o Eastern Revenue, Inc., PO Box 777, Grand Rapids, MI 49528-0103 |
| 15012514 | + | McCable Weisberg & Conway, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15013140 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2024 00:20:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 02:22:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2024 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15059143 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2024 00:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15033566 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2024 00:20:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15012492 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2024 00:20:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15012491 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2024 00:20:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15012495 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2024 00:20:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15012494 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 29 2024 00:20:00 | AmeriCredit/GM Financial, Po Box 1181145, Arlington, TX 76096 |
| 15012493 | + | Email/Text: bankruptcy@acacceptance.com | Jun 29 2024 00:21:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 15811637 | ^ | MEBN | Jun 29 2024 00:07:35 | American Credit Acceptance, PO Box 4419, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, OH 45177-4419 |
| 15059781 | + | Email/Text: bankruptcy@acacceptance.com | Jun 29 2024 00:21:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15012496 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15012498 | ^ | MEBN | Jun 29 2024 00:07:33 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15058159 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 29 2024 00:20:00 | Cenlar FSB, Attention: Cashiering Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15012502 | | Email/Text: constar.administration@constarfinancial.com | Jun 29 2024 00:20:00 | Constar Financial Services, LLC, 10400 N. 25th Avenue, Suite 100, Phoenix, AZ 85021 |
| 15012497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 02:22:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15023893 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:56:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049589 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2024 00:56:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15012499 | | Email/Text: bankruptcy@clearviewfcu.org | Jun 29 2024 00:21:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 15012500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2024 00:20:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15012501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2024 00:20:00 | ComenityCapital Bank/Children's Place Ca, Po Box 182120, Columbus, OH 43218-2120 |
| 15012503 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2024 00:20:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15012504 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2024 00:20:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15012506 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2024 02:22:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15012505 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2024 00:56:42 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15453911 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 29 2024 00:20:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15012511 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 29 2024 00:57:57 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15012510 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 29 2024 00:21:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15012509 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 29 2024 00:21:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15052113 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 29 2024 00:20:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15012512 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2024 00:20:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15012513 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2024 00:20:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15042350 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2024 00:56:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012516 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 29 2024 00:20:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15012515 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |

District/off: 0315-2 User: auto Page 3 of 4
Date Rcvd: Jun 28, 2024 Form ID: pdf900 Total Noticed: 56

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jun 29 2024 00:20:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15012517 | Email/Text: info@phoenixfinancialsvcs.com | Jun 29 2024 00:20:00 | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 15012518 | Email/Text: info@phoenixfinancialsvcs.com | Jun 29 2024 00:20:00 | Phoenix Financial Services. Llc, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236 |
| 15012519 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 00:57:11 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055912 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 02:22:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012523 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 00:56:40 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15045524 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2024 00:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15053576 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2024 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15012528 | Email/Text: PFS.Analyst@stclair.org | Jun 29 2024 00:21:00 | St. Clair Hospital, P. O. Box 640594, Pittsburgh, PA 15264-0594 |
| 15012527 | Email/Text: PFS.Analyst@stclair.org | Jun 29 2024 00:21:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15013140 | ^ MEBN | Jun 29 2024 00:07:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15025969 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 29 2024 00:57:57 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15012520 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055954 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012524 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012525 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012526 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-21034-CMB    Doc 134    Filed 06/30/24    Entered 07/01/24 00:31:13    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 28, 2024 | Form ID: pdf900 | Total Noticed: 56 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Christopher M. Frye
    on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
    on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Francis Thomas Tarlecki
    on behalf of Creditor FBC Mortgage  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11