IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bradley J. Ike and | ) | Case No. 19-21034 CMB |
| Lauren E. Ike, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. WO-1 |
| | ) | Related to Doc No. 130 |
| Bradley J. Ike, | ) | |
| Social Security No. XXX-XX-2073 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Independence Excavating Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 1, 2024, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Via ECF Mail
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bradley J. Ike
1421 Lucia Drive
Canonsburg, PA 15317

Independence Excavating Inc.
Attn: Payroll Dept.
5720 E. Schaaf Road
Independence, OH 44131

Date of Service: July 1, 2024    /s/ Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000