Certificate Number: 17082-PAW-DE-038635911

Bankruptcy Case Number: 19-21034



17082-PAW-DE-038635911

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2024, at 6:40 o'clock PM MST, BRADLEY IKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 4, 2024

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director