Certificate Number: 17082-PAW-DE-038635910

Bankruptcy Case Number: 19-21034



17082-PAW-DE-038635910

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 4, 2024</u>, at <u>6:40</u> o'clock <u>PM MST</u>, <u>LAUREN IKE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 4, 2024</u>

By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>