IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Bradley J. Ike and ) | Case No. 19-21034 CMB |
| Lauren E. Ike, ) | Chapter 13 |
|     Debtors ) | |
| Bradley J. Ike, ) | Document No. WO-1 |
| Social Security No. XXX-XX-2073 ) | |
|     Movant ) | |
|     vs. ) | |
| Hunter Contracting, LLC and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondents ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 11, 2024, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Via ECF mail
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Bradley J. Ike
1421 Lucia Drive
Canonsburg, PA 15317

Hunter Contracting, LLC
Attn: Payroll Dept.
38 Lovett Road
Bentleyville, PA 15314

Date of Service: September 11, 2024

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000