IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Bradley J. Ike and | ) | Case No. 19-21034 CMB |
| Lauren E. Ike, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Related to Document No. 147 |
| | ) | |
| Bradley J. Ike, | ) | |
| Social Security No. XXX-XX-2073 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Hunter Contracting, LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>**

The above-named Debtors having filed a Chapter 13 petition and Movant having moved to attach wages to fund the Chapter 13 Plan:

IT IS THEREFORE, ORDERED that:
until further order of this Court, the Respondent, **Hunter Contracting, LLC, 38 Lovett Road, Bentleyville, PA 15314** form which the Movant receives income:
(1) Shall deduct from that income the sum of $660.00 weekly beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Movant, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, WDPA
> P.O. BOX 84051
> CHICAGO IL  60689-4002

(2) The Movant is paid weekly and the monthly Plan payment is 2,860.00.

(3) The above-named entity shall notify the Chapter 13 Trustee if the Movant's income is terminated and the reason therefore.
(4) The Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 that includes the Movant's full Social Security number on the Respondent. Movant shall file a certificate of service regarding service of the Order and Local Form, but the Social Security number shall not be included on the certificate.
(5) All remaining income of the Movant, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues, shall be paid to the Movant in accordance with usual payment procedures.
(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF MOVANT WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
(7) This Order supersedes any previous Orders made to the Respondent in this case.
(8) The Respondent shall not charge any fee to the Movant for the administration of this attachment Order, except as may be allowed upon application to and Order of this Court.
(9) That the Debtors shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Movant and this estate.

DATED this __9th__ day of __September__, 2024.

FILED
9/9/24 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm    dmr
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21034-CMB |
| Bradley J. Ike | Chapter 13 |
| Lauren E. Ike | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

**Recip ID          Recipient Name and Address**
db/jdb            + Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name                              Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor FBC Mortgage LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Christopher M. Frye
    on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Francis Thomas Tarlecki
                on behalf of Creditor FBC Mortgage  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Mario J. Hanyon
                on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                mario.hanyon@brockandscott.com

Marisa Myers Cohen
                on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
                on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11