**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **BRADLEY J. IKE** |
| Debtor 2 (Spouse, if filing) | **LAUREN E. IKE** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **19-21034CMB** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | FREEDOM MORTGAGE CORPORATION |
| Court claim no. (if known): | 15 |
| Last 4 digits of any number you use to identify the debtor's account | 4 2 8 9 |
| Property Address: | 1421 LUCIA DR<br>CANONSBURG PA 15317 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                                                      Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 12,445.72 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 12,445.72 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 12,445.72 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                                                                             $ $1,490.80
  The next postpetition payment is due on    4 / 1 / 2025
                                            MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **BRADLEY J. IKE** | Case number *(if known)* | **19-21034CMB** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | /s/ Ronda J. Winnecour | Date | 03/28/2025 |
|---|---|---|---|
| | Signature | | |

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | BRADLEY J. IKE | Case number *(if known)* | 19-21034CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 09/26/2023 | 1279547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 406.63 |
| 10/25/2023 | 1282255 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.75 |
| 11/27/2023 | 1284944 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.75 |
| 12/21/2023 | 1287547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 567.75 |
| 01/26/2024 | 1290197 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,078.17 |
| 02/26/2024 | 1292879 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 547.75 |
| 03/26/2024 | 1295525 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,073.17 |
| 04/25/2024 | 1298171 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 562.75 |
| 05/29/2024 | 1300881 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,073.17 |
| 06/25/2024 | 1303453 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 16.00 |
| 08/26/2024 | 1308629 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 144.47 |
| 09/25/2024 | 1311195 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,693.90 |
| 10/25/2024 | 1313746 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,050.94 |
| 11/25/2024 | 1316321 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 453.10 |
| 12/23/2024 | 1318724 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 453.10 |
| 01/28/2025 | 1321192 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,658.29 |
| 02/25/2025 | 1323643 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 441.23 |
| 03/26/2025 | 1326109 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 89.80 |
| | | | | **12,445.72** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/24/2019 | 1132496 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 8,736.13 |
| 10/24/2019 | 1135760 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,722.77 |
| 11/25/2019 | 1139210 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,378.22 |
| 12/23/2019 | 1142639 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,378.22 |
| 01/28/2020 | 1146063 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,725.64 |
| 02/25/2020 | 1149551 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,740.75 |
| 03/23/2020 | 1153092 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,389.53 |
| 04/27/2020 | 1156531 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,721.80 |
| 05/26/2020 | 1159931 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 902.29 |
| 09/28/2020 | 1172620 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 2,067.21 |
| 10/26/2020 | 1175725 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 707.23 |
| 11/24/2020 | 1178805 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,425.35 |
| 12/21/2020 | 1181788 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,434.08 |
| 01/25/2021 | 1184738 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,441.11 |
| 02/22/2021 | 1187843 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 2,170.15 |
| 03/26/2021 | 1191106 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 2,090.32 |
| 04/26/2021 | 1194394 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,280.88 |
| 05/25/2021 | 1197524 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,660.54 |
| 06/25/2021 | 1200697 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,144.81 |
| 07/26/2021 | 1203904 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,230.10 |
| 08/26/2021 | 1207026 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,586.47 |
| 09/24/2021 | 1210155 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,290.48 |
| 10/25/2021 | 1213237 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,285.19 |
| 11/22/2021 | 1216271 | FBC MORTGAGE LLC | AMOUNTS DISBURSED TO CREDITOR | 1,289.96 |
| 12/10/2021 | 1216271 | FBC MORTGAGE LLC | CANCELLED CHECK TO CREDITOR/CONT | -1,289.96 |
| 02/23/2022 | 1225404 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 4,501.01 |
| 03/25/2022 | 1228339 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,576.61 |
| 04/26/2022 | 1231360 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,902.60 |
| 05/25/2022 | 1234410 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,484.74 |
| 06/27/2022 | 1237425 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,453.37 |
| 07/26/2022 | 1240377 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,785.67 |
| 08/24/2022 | 1243288 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,410.81 |
| 09/27/2022 | 1246144 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,788.39 |
| 10/25/2022 | 1248980 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,486.62 |
| 11/23/2022 | 1251760 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,573.82 |
| 12/22/2022 | 1254539 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,653.56 |
| 01/26/2023 | 1257270 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 2,154.56 |
| 02/23/2023 | 1259917 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,794.68 |
| 03/28/2023 | 1262665 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 2,313.38 |
| 04/25/2023 | 1265491 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,909.86 |
| 05/25/2023 | 1268326 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,953.96 |
| 06/26/2023 | 1271234 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,965.52 |

| Debtor 1 | **BRADLEY J. IKE** | Case number *(if known)* | **19-21034CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/25/2023 | 1274025 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 2,492.47 |
| 08/25/2023 | 1276791 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 2,019.72 |
| 09/26/2023 | 1279547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 2,133.43 |
| 10/25/2023 | 1282255 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,473.93 |
| 11/27/2023 | 1284944 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,473.93 |
| 12/21/2023 | 1287547 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,473.93 |
| 01/26/2024 | 1290197 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,473.93 |
| 02/26/2024 | 1292879 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,493.93 |
| 03/26/2024 | 1295525 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 04/25/2024 | 1298171 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 05/29/2024 | 1300881 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 06/25/2024 | 1303453 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 07/25/2024 | 1306017 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,237.98 |
| 08/26/2024 | 1308629 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,719.88 |
| 09/25/2024 | 1311195 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 10/25/2024 | 1313746 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 11/25/2024 | 1316321 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 12/23/2024 | 1318724 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,478.93 |
| 01/28/2025 | 1321192 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,514.54 |
| 02/25/2025 | 1323643 | FREEDOM MORTGAGE CORPORATION | AMOUNTS DISBURSED TO CREDITOR | 1,490.80 |
| | | | | **106,048.34** |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BRADLEY J. IKE
LAUREN E. IKE
1421 LUCIA DRIVE
CANONSBURG, PA  15317

CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY DEPT-PAYMENT PROCESSING
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN  46037-7939

BROCK & SCOTT PLLC*
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103


3/28/25                                         /s/ Roberta Saunier
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee