IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Bradley J. Ike** | ) | **Case No. 19-21034 CMB** |
| **Lauren E. Ike,** | ) | |
| Debtor(s) | ) | **Chapter 13** |
| | ) | **Docket No.** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Bradley J. Ike** | ) | |
| **Lauren E. Ike,** | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 9, 2024 at docket number 139 and 140, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

|  | Respectfully submitted, |
|---|---|
| <u>May 1, 2025</u><br>DATE | <u>/s/ Christopher M. Frye</u><br>Christopher M. Frye, Esquire<br>Attorney for the Debtor(s)<br><br>STEIDL & STEINBERG<br>436 Seventh Avenue<br>Suite 322<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>chris.frye@steidl-steinberg.com<br>PA I.D. No. 208402 |

**PAWB Local Form 24 (07/13)**