**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRADLEY J. IKE
LAUREN E. IKE
      Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:19-21034

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

April 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/15/2019  and confirmed on 6/18/19 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 175,076.98 |
| Less Refunds to Debtor | 1,420.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 173,656.66 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 8,548.23 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,948.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 106,048.34 | 0.00 | 106,048.34 |
|   Acct: 4289 | | | | |
| US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5359 | | | | |
| FREEDOM MORTGAGE CORPORATION | 12,445.72 | 12,445.72 | 0.00 | 12,445.72 |
|   Acct: 4289 | | | | |
| CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3603 | | | | |
| CREDIT ACCEPTANCE CORP* | 15,537.77 | 15,537.77 | 2,019.73 | 17,557.50 |
|   Acct: 1569 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 17,877.37 | 17,877.37 | 2,366.86 | 20,244.23 |
|   Acct: 2037 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2037 | | | | |
| | | | | 156,295.79 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRADLEY J. IKE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRADLEY J. IKE | 660.00 | 660.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRADLEY J. IKE | 760.32 | 760.32 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 4,396.56 | 0.00 | 4,396.56 |
|   Acct: 9622 | | | | |
| | | | | 4,396.56 |
| **Unsecured** | | | | |
| ALLY BANK LEASE TRUST** | 2,235.18 | 87.35 | 0.00 | 87.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1198 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 7,257.25 | 283.61 | 0.00 | 283.61 |
| Acct: 4610 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERICA | 2,744.46 | 107.25 | 0.00 | 107.25 |
| Acct: 7001 | | | | |
| CLEARVIEW FCU** | 5,026.96 | 196.45 | 0.00 | 196.45 |
| Acct: 3603 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 810.99 | 31.69 | 0.00 | 31.69 |
| Acct: 4354 | | | | |
| LVNV FUNDING LLC | 609.09 | 23.80 | 0.00 | 23.80 |
| Acct: 6770 | | | | |
| FENTERS WARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 1,655.06 | 64.68 | 0.00 | 64.68 |
| Acct: 7461 | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6281 | | | | |
| PHOENIX FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7230 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,913.49 | 74.78 | 0.00 | 74.78 |
| Acct: 0344 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN | 758.82 | 29.65 | 0.00 | 29.65 |
| Acct: 3366 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,087.80 | 42.51 | 0.00 | 42.51 |
| Acct: 7224 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 596.70 | 23.32 | 0.00 | 23.32 |
| Acct: 5920 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GUARDIAN STORAGE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2125 | | | | |
| ALTRAN EDUCATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,304.86 | 50.99 | 0.00 | 50.99 |
| Acct: 8324 | | | | |
| KEYSTONE ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4647 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8324 | | | | |
| AMERICAN CREDIT ACCEPTANCE | 7,389.36 | 0.00 | 0.00 | 0.00 |
| Acct: 2073 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0344 | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSTAR FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,016.08 |

TOTAL PAID TO CREDITORS                                                                  161,708.43

```
TOTAL CLAIMED
PRIORITY              0.00
SECURED          45,860.86
UNSECURED        33,390.02
```

Date: 04/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  BRADLEY J. IKE
  LAUREN E. IKE
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-21034

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21034-CMB |
| Bradley J. Ike | Chapter 13 |
| Lauren E. Ike | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870 |
| aty | + | Mario Hanyon, BROCK & SCOTT, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15811638 | + | American Credit Acceptance, 4054 Willow Lake Blvd., Suite 2096, Memphis, TN 38118-7045 |
| 15012501 | + | ComenityCapital Bank/Children's Place Ca, Po Box 182120, Columbus, OH 43218-2120 |
| 15025495 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 15012507 | + | FBC Mortgage LLC, 189 South Orange Avenue, Suite 970, Orlando, FL 32801-3264 |
| 15025086 | + | FBC Mortgage, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15012508 | + | Fenters Ward, 6101 Penn Avenue, Pittsburgh, PA 15206-3926 |
| 15025496 | + | Guardian Storage, 5879 Centre Avenue, Pittsburgh, PA 15206-3709 |
| 15251688 | | Keystone Anesthesia, c/o Eastern Revenue, Inc., PO Box 777, Grand Rapids, MI 49528-0103 |
| 15012514 | + | McCable Weisberg & Conway, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | May 01 2025 00:19:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | May 01 2025 00:19:00 | FREEDOM MORTGAGE CORPORATION, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:34:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 01 2025 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15059143 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15033566 | | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:19:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15012492 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:19:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15012491 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:19:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15012495 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po |

District/off: 0315-2                          User: auto                                    Page 2 of 4
Date Rcvd: Apr 30, 2025                    Form ID: pdf900                          Total Noticed: 56

| | | | |
|---|---|---|---|
| | | | Box 183853, Arlington, TX 76096-3853 |
| 15012494 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 01 2025 00:20:00 | AmeriCredit/GM Financial, Po Box 1181145, Arlington, TX 76096 |
| 15012493 | + Email/Text: bankruptcy@acacceptance.com | May 01 2025 00:20:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 15811637 | ^ MEBN | May 01 2025 00:15:30 | American Credit Acceptance, PO Box 4419, Wilmington, OH 45177-4419 |
| 15059781 | + Email/Text: bankruptcy@acacceptance.com | May 01 2025 00:20:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15012496 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:36:10 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15012498 | ^ MEBN | May 01 2025 00:15:24 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15058159 | Email/Text: BKelectronicnotices@cenlar.com | May 01 2025 00:19:00 | Cenlar FSB, Attention: Cashiering Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15012502 | Email/Text: constar.administration@constarfinancial.com | May 01 2025 00:19:00 | Constar Financial Services, LLC, 10400 N. 25th Avenue, Suite 100, Phoenix, AZ 85021 |
| 15012497 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 01:24:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15023893 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:34:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049589 | Email/PDF: bncnotices@becket-lee.com | May 01 2025 00:34:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15012499 | Email/Text: bankruptcy@clearviewfcu.org | May 01 2025 00:20:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 15012500 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2025 00:20:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15012503 | + Email/Text: ebnnotifications@creditacceptance.com | May 01 2025 00:19:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15012504 | + Email/Text: ebnnotifications@creditacceptance.com | May 01 2025 00:19:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15012506 | + Email/PDF: creditonebknotifications@resurgent.com | May 01 2025 00:35:57 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15012505 | + Email/PDF: creditonebknotifications@resurgent.com | May 01 2025 00:35:11 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15453911 | Email/Text: Bankruptcy@Freedommortgage.com | May 01 2025 00:19:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15012511 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2025 00:35:05 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15012510 | + Email/Text: bankruptcy.notices@hdfsi.com | May 01 2025 00:20:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15012509 | + Email/Text: bankruptcy.notices@hdfsi.com | May 01 2025 00:20:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15052113 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 01 2025 00:19:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15012512 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:33 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15012513 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:35:11 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15042350 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | May 01 2025 00:34:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012516 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | May 01 2025 00:19:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15012515 | + Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | May 01 2025 00:19:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15012519 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 01 2025 00:53:16 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055912 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 01 2025 00:53:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012523 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 01 2025 00:52:16 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15045524 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15053576 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 01 2025 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15012528 | Email/Text: PFS.Analyst@stclair.org | | |
| | | May 01 2025 00:20:00 | St. Clair Hospital, P. O. Box 640594, Pittsburgh, PA 15264-0594 |
| 15012527 | Email/Text: PFS.Analyst@stclair.org | | |
| | | May 01 2025 00:20:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15013140 | ^ MEBN | | |
| | | May 01 2025 00:14:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15025969 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | May 01 2025 00:35:05 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| 15012520 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055954 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012524 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012525 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012526 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012518 | ##+ | Phoenix Financial Services. Llc, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15012517 | ##+ | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 56 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Alexandra Teresa Garcia
                    on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Christopher M. Frye
                    on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com
                    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                    ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye
                    on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com
                    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                    ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Francis Thomas Tarlecki
                    on behalf of Creditor FBC Mortgage  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Mario J. Hanyon
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                    mario.hanyon@brockandscott.com

Marisa Myers Cohen
                    on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
                    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11