**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bradley J. Ike | Social Security number or ITIN   xxx–xx–2073 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lauren E. Ike | Social Security number or ITIN   xxx–xx–7926 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21034–CMB

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bradley J. Ike                                      Lauren E. Ike

6/17/25                                      **By the court:** Carlota M Bohm
                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                    Case No. 19-21034-CMB

Bradley J. Ike                                            Chapter 13

Lauren E. Ike

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2             User: auto                     Page 1 of 4

Date Rcvd: Jun 17, 2025          Form ID: 3180W                 Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870 |
| aty | + | Mario Hanyon, BROCK & SCOTT, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15811638 | + | American Credit Acceptance, 4054 Willow Lake Blvd., Suite 2096, Memphis, TN 38118-7045 |
| 15012501 | + | ComenityCapital Bank/Children's Place Ca, Po Box 182120, Columbus, OH 43218-2120 |
| 15025495 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 15012507 | + | FBC Mortgage LLC, 189 South Orange Avenue, Suite 970, Orlando, FL 32801-3264 |
| 15025086 | + | FBC Mortgage, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15012508 | + | Fenters Ward, 6101 Penn Avenue, Pittsburgh, PA 15206-3926 |
| 15025496 | + | Guardian Storage, 5879 Centre Avenue, Pittsburgh, PA 15206-3709 |
| 15251688 | | Keystone Anesthesia, c/o Eastern Revenue, Inc., PO Box 777, Grand Rapids, MI 49528-0103 |
| 15012514 | + | McCable Weisberg & Conway, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 00:21:00 | FREEDOM MORTGAGE CORPORATION, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | EDI: PRA.COM | Jun 18 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 18 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15059143 | + | EDI: PHINAMERI.COM | Jun 18 2025 03:57:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15033566 | | EDI: GMACFS.COM | Jun 18 2025 03:57:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |

District/off: 0315-2                           User: auto                              Page 2 of 4

Date Rcvd: Jun 17, 2025                        Form ID: 3180W                          Total Noticed: 58

| | | | |
|---|---|---|---|
| 15012492 | + EDI: GMACFS.COM | Jun 18 2025 03:57:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15012491 | + EDI: GMACFS.COM | Jun 18 2025 03:57:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15012495 | + EDI: PHINAMERI.COM | Jun 18 2025 03:57:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15012494 | EDI: PHINAMERI.COM | Jun 18 2025 03:57:00 | AmeriCredit/GM Financial, Po Box 1181145, Arlington, TX 76096 |
| 15012493 | + Email/Text: bankruptcy@acacceptance.com | Jun 18 2025 00:22:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 15811637 | ^ MEBN | Jun 18 2025 00:00:23 | American Credit Acceptance, PO Box 4419, Wilmington, OH 45177-4419 |
| 15059781 | + Email/Text: bankruptcy@acacceptance.com | Jun 18 2025 00:22:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15012496 | EDI: CAPITALONE.COM | Jun 18 2025 03:57:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15012498 | ^ MEBN | Jun 18 2025 00:00:23 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15058159 | Email/Text: BKelectronicnotices@cenlar.com | Jun 18 2025 00:21:00 | Cenlar FSB, Attention: Cashiering Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15012502 | Email/Text: constar.administration@constarfinancial.com | Jun 18 2025 00:21:00 | Constar Financial Services, LLC, 10400 N. 25th Avenue, Suite 100, Phoenix, AZ 85021 |
| 15012497 | + EDI: CAPITALONE.COM | Jun 18 2025 03:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15023893 | EDI: CAPITALONE.COM | Jun 18 2025 03:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049589 | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 00:27:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15012499 | Email/Text: bankruptcy@clearviewfcu.org | Jun 18 2025 00:22:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 15012500 | + EDI: WFNNB.COM | Jun 18 2025 03:57:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15012503 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15012504 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15012506 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15012505 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:56 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15453911 | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 00:21:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15012511 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 00:27:42 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15012510 | + Email/Text: bankruptcy.notices@hdfsi.com | Jun 18 2025 00:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15012509 | + Email/Text: bankruptcy.notices@hdfsi.com | Jun 18 2025 00:22:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15052113 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 18 2025 00:21:00 | Harley-Davidson Credit Corp., PO Box 9013, |

District/off: 0315-2                    User: auto                                        Page 3 of 4
Date Rcvd: Jun 17, 2025                 Form ID: 3180W                          Total Noticed: 58

|  |  |  | Addison, Texas 75001-9013 |
|---|---|---|---|
| 15012512 | + EDI: CAPITALONE.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15012513 | + EDI: CAPITALONE.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15042350 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Jun 18 2025 00:57:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012516 | + Email/Text: Mercury@ebn.phinsolutions.com |  |  |
|  |  | Jun 18 2025 00:21:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15012515 | + Email/Text: Mercury@ebn.phinsolutions.com |  |  |
|  |  | Jun 18 2025 00:21:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15012519 | EDI: PRA.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055912 | EDI: PRA.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012523 | + EDI: PRA.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15045524 | EDI: Q3G.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15053576 | EDI: Q3G.COM |  |  |
|  |  | Jun 18 2025 03:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15012528 | Email/Text: PFS.Analyst@stclair.org |  |  |
|  |  | Jun 18 2025 00:22:00 | St. Clair Hospital, P. O. Box 640594, Pittsburgh, PA 15264-0594 |
| 15012527 | Email/Text: PFS.Analyst@stclair.org |  |  |
|  |  | Jun 18 2025 00:22:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15013140 | ^ MEBN |  |  |
|  |  | Jun 18 2025 00:00:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15025969 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov |  |  |
|  |  | Jun 18 2025 00:27:42 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FBC Mortgage, LLC |
| 15012520 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055954 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012524 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012525 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012526 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012518 | ##+ | Phoenix Financial Services. Llc, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15012517 | ##+ | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Jun 17, 2025                       Form ID: 3180W                          Total Noticed: 58

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Alexandra Teresa Garcia
                     on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Christopher M. Frye
                     on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com
                     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                     ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye
                     on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com
                     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei
                     ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
                     on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Francis Thomas Tarlecki
                     on behalf of Creditor FBC Mortgage  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Mario J. Hanyon
                     on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                     mario.hanyon@brockandscott.com

Marisa Myers Cohen
                     on behalf of Creditor FBC Mortgage  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                     cmecf@chapter13trusteewdpa.com

S. James Wallace
                     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

William E. Craig
                     on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                     mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11