# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRADLEY J. IKE
LAUREN E. IKE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21034

Chapter 13

Document No.: 160

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __17th__ day of __June__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

FILED
6/17/25 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21034-CMB
Bradley J. Ike     Chapter 13
Lauren E. Ike
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jun 17, 2025     Form ID: pdf900     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley J. Ike, Lauren E. Ike, 1421 Lucia Drive, Canonsburg, PA 15317-1870 |
| aty | + | Mario Hanyon, BROCK & SCOTT, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15811638 | + | American Credit Acceptance, 4054 Willow Lake Blvd., Suite 2096, Memphis, TN 38118-7045 |
| 15012501 | + | ComenityCapital Bank/Children's Place Ca, Po Box 182120, Columbus, OH 43218-2120 |
| 15025495 | + | Creditech, 50 N. 7th Street, Bangor, PA 18013-1791 |
| 15012507 | + | FBC Mortgage LLC, 189 South Orange Avenue, Suite 970, Orlando, FL 32801-3264 |
| 15025086 | + | FBC Mortgage, LLC, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15012508 | + | Fenters Ward, 6101 Penn Avenue, Pittsburgh, PA 15206-3926 |
| 15025496 | + | Guardian Storage, 5879 Centre Avenue, Pittsburgh, PA 15206-3709 |
| 15251688 | | Keystone Anesthesia, c/o Eastern Revenue, Inc., PO Box 777, Grand Rapids, MI 49528-0103 |
| 15012514 | + | McCable Weisberg & Conway, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 00:21:00 | FREEDOM MORTGAGE CORPORATION, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 18 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15059143 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 18 2025 00:22:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15033566 | | Email/Text: ally@ebn.phinsolutions.com | Jun 18 2025 00:21:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15012492 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 18 2025 00:21:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15012491 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 18 2025 00:21:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15012495 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 18 2025 00:22:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po |

Case 19-21034-CMB    Doc 169    Filed 06/19/25    Entered 06/20/25 00:28:46    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 183853, Arlington, TX 76096-3853 |
| 15012494 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 18 2025 00:22:00 | AmeriCredit/GM Financial, Po Box 1181145, Arlington, TX 76096 |
| 15012493 | + | Email/Text: bankruptcy@acacceptance.com | Jun 18 2025 00:22:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 15811637 | ^ | MEBN | Jun 18 2025 00:00:22 | American Credit Acceptance, PO Box 4419, Wilmington, OH 45177-4419 |
| 15059781 | + | Email/Text: bankruptcy@acacceptance.com | Jun 18 2025 00:22:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 15012496 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:57:23 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15012498 | ^ | MEBN | Jun 18 2025 00:00:24 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15058159 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 18 2025 00:21:00 | Cenlar FSB, Attention: Cashiering Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 15012502 | | Email/Text: constar.administration@constarfinancial.com | Jun 18 2025 00:21:00 | Constar Financial Services, LLC, 10400 N. 25th Avenue, Suite 100, Phoenix, AZ 85021 |
| 15012497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 01:20:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15023893 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:27:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15049589 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2025 00:27:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15012499 | | Email/Text: bankruptcy@clearviewfcu.org | Jun 18 2025 00:22:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 15012500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2025 00:22:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15012503 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 15012504 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 18 2025 00:21:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 15012506 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15012505 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2025 00:27:20 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15453911 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2025 00:21:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15012511 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 00:27:42 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15012510 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 18 2025 00:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15012509 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 18 2025 00:22:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15052113 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 18 2025 00:21:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15012512 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:27:55 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15012513 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 18 2025 00:27:12 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15042350 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 18 2025 00:27:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012516 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 18 2025 00:21:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15012515 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 18 2025 00:21:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15012519 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:12 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055912 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:56:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012523 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2025 00:27:34 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15045524 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 00:22:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15053576 | | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2025 00:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15012528 | | Email/Text: PFS.Analyst@stclair.org | Jun 18 2025 00:22:00 | St. Clair Hospital, P. O. Box 640594, Pittsburgh, PA 15264-0594 |
| 15012527 | | Email/Text: PFS.Analyst@stclair.org | Jun 18 2025 00:22:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15013140 | | ^ MEBN | Jun 18 2025 00:00:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15025969 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2025 00:27:42 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FBC Mortgage, LLC |
| 15012520 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012521 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15012522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15055954 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15012524 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012525 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012526 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15012518 | ##+ | Phoenix Financial Services. Llc, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15012517 | ##+ | Phoenix Financial Services. Llc, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216-1009 |

TOTAL: 1 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor FBC Mortgage LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Bradley J. Ike chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Lauren E. Ike chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor FBC Mortgage LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor FBC Mortgage LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11